IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| LOKI BRANDS LLC; NORTH FORK DISTRIBUTION, INC. d/b/a CYCLING FROG; CANTRIP, INC.; ALPHA OMEGA COLLECTIS LLC d/b/a APOLLO SCIENCES; ALTERNATIVE HEALTH DISTRIBUTION LLC d/b/a CANNAAID; and M&A LL HOLDINGS LLC d/b/a LEGAL LEAF NEW JERSEY,<br>    Plaintiff-Appellants,<br><br>v.<br><br>MATTHEW J. PLATKIN, DIANNA HOUENOU and EDWARD D. WENGRYN,<br>    Defendant-Appellees. | No. 24-3120 |

## DEFENDANT-APPELLEES' MOTION TO HOLD APPEAL IN ABEYANCE

This appeal involves Public Law 2024, c.73 ("the New Jersey Hemp Act Amendments" or "NJHAA"), which regulates New Jersey's hemp industry, and aims to protect residents from the health and safety risks presented by certain hemp-derived intoxicating products. By Order and Opinion dated October 10, 2024, the district court severed, and enjoined the State from enforcing, certain portions of the NJHAA that it determined violate the dormant Commerce Clause and the express preemption provision of the federal Agriculture Improvement Act of 2018, while

upholding all remaining portions of the law. Plaintiff-Appellants appealed that decision on two grounds: (1) that the remaining portions of the NJHAA are unconstitutionally vague, which the district court declined to consider, and (2) that the court should not have severed the unconstitutional provisions of the NJHAA, but rather invalidated the entire law.

Since the issuance of that decision, the parties have been engaging in ongoing discussions about potential developments that may resolve this appeal. Therefore, Defendants respectfully move to hold this appeal in abeyance, with status reports on the progress toward resolution due at 60-day intervals. Counsel for Appellants kindly consents to this request. For these reasons, Defendants respectfully request that the court grant its motion to hold this appeal in abeyance while the parties continue to discuss ways to amicably resolve these issues.

Respectfully submitted,

Dated: January 9, 2025

MATTHEW J. PLATKIN
Attorney General of New Jersey

JEREMY M. FEIGENBAUM
Solicitor General

*/s/ Jacqueline R. D'Alessandro*
Jacqueline R. D'Alessandro
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street; PO Box 112
Trenton, New Jersey 08625-0112
(609) 376-3200
Jacqueline.DAlessandro@law.njoag.gov

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure Rules 27(d)(2)(a), 32(a)(5), and 32(a)(6), the undersigned certifies that this brief complies with the applicable typeface, type-style, and type-volume limitations. This brief was prepared using a proportionally spaced type (Times New Roman, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this brief contains 218 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this brief.

This brief complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

        Company: McAfee, Inc.

        Product: McAfee Endpoint Security Platform and

        McAfee Threat Prevention Version

Dated: January 9, 2025        */s/ Jacqueline R. D'Alessandro*
                                                    Jacqueline R. D'Alessandro

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                             */s/ Jacqueline R. D'Alessandro*
                                             Jacqueline R. D'Alessandro