

Philip D. Murphy
*Governor*

Tahesha L. Way
*Lt. Governor*

## State of New Jersey
Office of the Attorney General
Department of Law and Public Safety
Division of Law
25 M S
PO Box 112
T NJ 08625-0112

Matthew J. Platkin
*Attorney General*

Michael C. Walters
*Acting Director*

March 13, 2025

**VIA ECF ONLY**
Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals, Third Circuit
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    Loki Brands, LLC, et al. v. Matthew J. Platkin, et al.
             Docket No.: 24-3120

Ms. Dodszuweit:

      Pursuant to the court's January 13, 2025 Order granting Defendants' Motion to Hold Appeal in Abeyance, and directing the parties to file status updates every 60 days, please accept this letter as a joint status update. The parties are continuing to discuss whether there is a potential avenue, including legislation, that may resolve this appeal.. The parties are optimistic that additional time will be productive for those purposes. We will continue to keep the court informed of any further developments.

      Thank you for your attention to this matter.

      Respectfully submitted,

      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

By:    s/ Jacqueline R. D'Alessandro
         Jacqueline R. D'Alessandro
         Deputy Attorney General

c: All Counsel via ECF