

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

July 11, 2025

**VIA ECF ONLY**
Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals, Third Circuit
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    Loki Brands, LLC, et al. v. Matthew J. Platkin, et al.
             Docket No.: 24-3120

Ms. Dodszuweit:

     Pursuant to the court's January 13, 2025 Order granting Defendants' Motion to Hold Appeal in Abeyance, and directing the parties to file status updates every 60 days, please accept this letter as the parties' third joint status update. The parties remain engaged in discussions regarding whether a viable resolution of this appeal may be achieved, including through potential legislative action. We remain optimistic that additional time will support continued progress toward that end. We will continue to keep the court informed of any further developments.

     Thank you for your attention to this matter.

                    Respectfully submitted,

                    MATTHEW J. PLATKIN
                    ATTORNEY GENERAL OF NEW JERSEY

        By:    s/ Elizabeth Tingley
                Elizabeth Tingley
                Deputy Attorney General

c: All Counsel via ECF


