

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

March 9, 2026

**VIA ECF ONLY**
Patricia S. Dodszuweit
Clerk of the Court
United States Court of Appeals, Third Circuit
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:  Loki Brands, LLC, et al. v. Matthew J. Platkin, et al.
> Docket No.: 24-3120

Ms. Dodszuweit:

Pursuant to the court's January 13, 2025 Order granting Defendants' Motion to Hold Appeal in Abeyance, and directing the parties to file status updates every 60 days, please accept this letter as the parties' periodic joint status update. On January 12, 2026, new legislation regulating hemp was signed by the Governor. P.L.2025, c.215. The parties are evaluating the effect of this new legislation on the instant matter and require additional time to confer. We will continue to keep the court informed of any further developments.

Thank you for your attention to this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  s/ Jacqueline R. D'Alessandro
Jacqueline R. D'Alessandro
Deputy Attorney General

c: All Counsel via ECF



